UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 03-20528-CR-JORDAN
MAGISTRATE JUDGE BROWN

UNITED STATES OF AMERICA,

v.

BARUCH JAIRO VEGA,

        Defendant.
_____/



FILED by _____ D.C.
MAG. SEC.

JUL - 1 2003

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**INFORMATION**

THE ASSISTANT ATTORNEY GENERAL CHARGES THAT:

During the calendar year 1998, the defendant,

BARUCH JAIRO VEGA

a resident of Miami Beach, Florida, had and received gross income of $239,500; that by reason of such gross income, he was required by law, following the close of the calendar year 1998, on or before April 15, 1999, to make an income tax return to the District Director of the Internal Revenue Service of South Florida, at Fort Lauderdale, Florida, in the Southern District of Florida, or to the Director, Internal Revenue Service Center, Atlanta, Georgia, or to any other proper officer of the United States, stating specifically

the items of his gross income and any deductions and credits to which he was entitled; that well-knowing and believing all of the foregoing, he did willfully fail to make an income tax return to said District Director of the Internal Revenue Service, to said Director of the Internal Revenue Service Center, or to any proper officer of the United States.

All in violation of Title 26, United States Code, Section 7203.

                EILEEN J. O'CONNOR
                ASSISTANT ATTORNEY GENERAL
                TAX DIVISION

By:    *[signature]*
        Gregory E. Tortella
        Special Attorney, Tax Division
        U.S. Department of Justice
        Florida Bar No. A5500373
        600 E St., N.W. Room 5810
        Washington, D.C. 20530
        Telephone: (202) 514-5145
        Facsimile: (202) 514-0961

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

03 - 20528 CR-JORDAN MAGISTRATE JUDGE BROWN

UNITED STATES OF AMERICA    CASE NO.

v.                          CERTIFICATE OF TRIAL ATTORNEY*

BARUCH JAIRO VEGA
_____
            Defendant.  /        **Superseding Case Information**:

**Court Division**: (Select One)     New Defendant(s)          Yes ___    No  X
                                      Number of New Defendants  ___
 X  Miami      ___ Key West           Total number of counts    ___
___ FTL        ___ WPB     ___ FTP

            I do hereby certify that:

1.  I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.  I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.  Interpreter:     (Yes or No)    No
    List language and/or dialect   _____

4.  This case will take   0   days for the parties to try.

5.  Please check appropriate category and type of offense listed below.
    (Check only one)                          (Check only one)

    I    0 to 5 days       X         Petty       ___
    II   6 to 10 days      ___       Minor       ___
    III  11 to 20 days     ___       Misdem.      X
    IV   21 to 60 days     ___       Felony      ___
    V    61 days and over  ___

6.  Has this case been previously filed in this District Court? (Yes or No)  No
    If yes:
    Judge: _____  Case No. _____
    (Attach copy of dispositive order)
    Has a complaint been filed in this matter? (Yes or No)  No
    If yes:
    Magistrate Case No. _____
    Related Miscellaneous numbers: _____
    Defendant(s) in federal custody as of _____
    Defendant(s) in state custody as of _____
    Rule 20 from the _____ District of _____

    Is this a potential death penalty case? (Yes or No)  No

7.  Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999?  ___ Yes  X  No    If yes, was it pending in the Central Region? ___ Yes ___ No

8.  Did this case originate in the Narcotics Section, Miami?  ___ Yes  X  No

                                    _____
                                    GREGORY E. TORTELLA
                                    SPECIAL ATTORNEY
                                    Florida Bar No. A5500373

*Penalty Sheet(s) attached                                    REV.6/27/00

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

03-20528-CR-JORDAN / MAGISTRATE JUDGE BROWN

PENALTY SHEET

**Defendant's Name:** Baruch Jairo Vega

```
FILED by _____ D.C.
MAG. SEC.
JUL - 1 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI
```

Case No: _____

Count #: 1

  Willful Failure to File Income Tax Return

  Title 26, United States Code, Section 7203

* **Max.Penalty:**         1 year imprisonment/$100,000 fine

Count #: 2

  [Count II Description]

  [Count II Title & Section]

*__Max. Penalty:__        [Count II Max Penalty (years)]  years' imprisonment

Count #: 3

  [Count III Description]

  [Count III Title & Section]

*__Max. Penalty:__        [Count III Max Penalty (years)]  years' imprisonment

Count #: 4

  [Count IV Description]

  [Count IV Title & Section]

*__Max. Penalty:__        [Count IV Max Penalty (years)]  years' imprisonment


*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.