UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
    Plaintiff,

CASE NO. 03-20528-cr-Jordan

-v-

Baruch Jairo Vega
    Defendant.
_____/

FILED by ____ D.C.
AUG 1 3 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

### CHANGE OF PLEA MINUTES

On 8/13/03 the above-named Defendant appeared in person before the Honorable Adalberto Jordan, United States District Judge, with Nelson Rodriguez, counsel retained by/appointed for Defendant, and said Defendant stated in Open Court that he desired to withdraw the plea of not guilty heretofore entered and desired to enter a plea of guilty as to Count(s) One of the ~~Indictment~~/Information.

After the Defendant was duly sworn, the Court made inquiry as to guilt. The Court, being satisfied there was a factual basis for the plea, accepted the plea of guilty and found the Defendant guilty as charged.

    Whereupon:

( ) The Court proceeded to pronounce sentence.

(✓) The Court postponed sentencing until February 13, 2004 at 9:00 AM;

(✓) and the Defendant allowed to remain on present bond until then;

( ) and the Defendant was remanded to the custody of the U.S. Marshal until a $_____ bond is posted;

( ) and the Defendant was remanded to the custody of the U.S. Marshal awaiting sentencing.

    The U. S. Attorney announced Count(s) _____ would be dismissed on the government's motion at sentencing.

Reporter: Barbara Medina     AUSA: Suzan Tortella
Clerk: _____