UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.

_ 2 8 2005

CLARENCE MADDOX
S.D. OF FLA. CLERK U.S. DIST. CT.
MIAMI

CRIMINAL MINUTES FOR HON. ADALBERTO JORDAN

Date: _4/27/05_                    Case No. _03-20528 U Jordan_

Clerk: Maria Conboy        Reporter _Francine Salapek_

Probation Officer _None present_   Interpreter _None_

U.S.A. vs. _Baruch Jairo Vega_

Defendant:      PRESENT      NOT PRESENT     IN CUSTODY

U.S. Attorney: _Gregory Tortella_

Defense Counsel: _Nelson Rodriguez Varela_

Reason for hearing: _Status - Rule 35 Mtg._

Result of hearing: _Grants motion Granted, 2 years Probation - begin 3/25/04_

Misc.

Case continued to: _____ Time: _____ For: _____